# EXHIBIT 1

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,055,482
Registered Jan. 31, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# MONCHHICHI

SEKIGUCHI CO., LTD. (JAPAN CORPORATION)
2-11, NISHI-SHINKOIWA 5-CHOME
KATSUSHIKA-KU
TOKYO, JAPAN

FOR: CLOTHING, NAMELY, T-SHIRTS, UNDERWEAR, PAJAMAS, UNDERSHORTS, UNDERPANTS, LINGERIE, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-2003; IN COMMERCE 6-0-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-595,077, FILED 3-25-2005.

C. DIONNE CLYBURN, EXAMINING ATTORNEY

Int. Cl.: **28**

Prior U.S. Cls.: **22, 23, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. **3,087,366**
Registered May 2, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# MONCHHICHI

SEKIGUCHI CO., LTD. (JAPAN CORPORATION)
2-11, NISHI-SHINKOIWA 5-CHOME
KATSUSHIKA-KU, JAPAN

FOR: DOLLS, STUFFED TOY ANIMALS AND MODELED PLASTIC TOY FIGURINES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-29-1974; IN COMMERCE 4-26-1976.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-568,412, FILED 2-16-2005.

C. DIONNE CLYBURN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,173,211
Registered Nov. 21, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# SEKIGUCHI

SEKIGUCHI CO., LTD. (JAPAN CORPORATION)
2-11, NISHI-SHINKOIWA 5-
CHOME KATSUSHIKA-KU
TOKYO, JAPAN

FOR: DOLLS, STUFFED TOY ANIMALS AND MODELED PLASTIC TOY FIGURINES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-0-1976; IN COMMERCE 2-0-1976.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF SEKIGUCHI IS CHECKING STATION ENTRANCE.

SER. NO. 78-595,072, FILED 3-25-2005.

MICHAEL WEBSTER, EXAMINING ATTORNEY

Int. Cls.: **16, 25 and 28**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 39 and 50**

**United States Patent and Trademark Office**

Reg. No. **3,211,633**
Registered **Feb. 20, 2007**

## TRADEMARK
### PRINCIPAL REGISTER

# BEBICHHICHI

SEKIGUCHI CO., LTD. (JAPAN LIMITED COMPANY)
2-11, NISHI-SHINKOIWA 5-CHOME,
KATSUSHIKA-KU; TOKYO 124-0025
JAPAN

  FOR: PASTES AND OTHER ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES, PHOTOGRAPH ALBUMS, SKETCH BOOKS, POCKET MEMORANDUM BOOKS, NOTE BOOKS, WRITING PADS, WRITING PAPER, ENVELOPES, LOOSE-LEAF PADS, PENCILS, FELT WRITING PENS, MECHANICAL PENCILS, FELT MARKING PENS, BALL-POINT PENS, FOUNTAIN PENS, CRAYONS, NON-ELECTRIC PENCIL SHARPENERS, THUMBTACKS, PAPER CLIPS, RUBBER ERASERS, STATIONERY SEALS, PICTURE POSTCARDS, CALENDARS, DIARIES, PHOTOGRAPHS, DESKTOP PHOTOGRAPH STANDS, GREETING CARDS, BOOKMARKS, DRAWING RULERS FOR STATIONERY AND OFFICE USE, FILE FOLDERS, STATIONERY STICKERS, ADHESIVE TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES, STANDS FOR PENS AND PENCILS, PEN AND PENCIL CASES AND BOXES, PAPER KNIVES, NAMELY, LETTER OPENERS, NON-ELECTRIC STAPLERS, PAPER LABELS, PAPER SHOPPING BAGS, DOCUMENT FILES, LOOSE LEAF BINDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

  FOR: T-SHIRTS; HEADGEAR FOR CLOTHING, NAMELY, HATS AND CAPS; UNDERSHIRTS; BRIEFS; PANTIES, SHORTS; SOCKS AND STOCKINGS; PAJAMAS; SHOES, BOOTS NOT INCLUDING BOOTS FOR SPORTS; SLIPPERS; MUFFLERS; GLOVES; BANDANAS; SCARVES; SHIRTS; SWEATSHIRTS; BELTS; JACKETS; PARKAS; TROUSERS; SHORT TROUSERS; SKIRTS; SWIMWEAR; RAIN COATS, RAIN BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

  FOR: DOLLS, STUFFED TOY ANIMALS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

  PRIORITY DATE OF 4-15-2005 IS CLAIMED.

  OWNER OF INTERNATIONAL REGISTRATION 0875174 DATED 6-1-2005, EXPIRES 6-1-2015.

  SER. NO. 79-020,289, FILED 6-1-2005.

ELIZABETH HUGHITT, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,634,637**
**Registered Nov. 11, 2014**
**Int. Cls.: 16, 18, 25, 28 and 30**

**TRADEMARK**
**PRINCIPAL REGISTER**



**Deputy Director of the United States Patent and Trademark Office**

SEKIGUCHI CO., LTD. (JAPAN CORPORATION)
2-11, NISHI-SHINKOIWA 5-CHOME
KATSUSHIKA-KU TOKYO 124-8552
JAPAN

FOR: PASTES AND OTHER ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES; CONTAINERS OF PAPER FOR PACKAGING; HYGIENIC HAND TOWELS OF PAPER; TOWELS OF PAPER; TABLE NAPKINS OF PAPER; HAND TOWELS OF PAPER; HANDKERCHIEFS OF PAPER; TABLECLOTHS OF PAPER; PAPER AND CARDBOARD; STATIONERY; PRINTED MATTER, NAMELY, CATALOGUES AND PAMPHLETS IN THE FIELD OF DOLLS, STUFFED TOYS AND LIFESTYLE FASHION ACCESSORIES; CALENDARS AND DIARIES; PAINTINGS AND CALLIGRAPHIC WORKS; PHOTOGRAPHS; PHOTOGRAPH STANDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: CLOTHING FOR DOMESTIC PETS; BAGS, NAMELY, FOLDING BRIEFCASES, SHOULDER BAGS, SUITCASES, TRUNKS, HANDBAGS, BOSTON BAGS, SCHOOLCHILDREN'S BACKPACKS AND RUCKSACKS; POUCHES, NAMELY, DRAWSTRING BAGS; UNFITTED VANITY CASES; UMBRELLAS AND THEIR PARTS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND CLOTHING FOR SPORTS, NAMELY, TEE-SHIRTS, APRONS, SOCKS, STOCKINGS, NECKERCHIEFS, BANDANAS, HEADWEAR; GARTERS; SOCK SUSPENDERS; SUSPENDERS; WAISTBANDS; BELTS FOR CLOTHING; FOOTWEAR EXCLUDING SPECIAL FOOTWEAR FOR SPORTS; MASQUERADE COSTUMES; SPECIAL FOOTWEAR FOR SPORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: TOYS FOR DOMESTIC PETS; TOYS, NAMELY, DOLLS AND STUFFED TOYS; DOLLS; GO GAMES; JAPANESE PLAYING CARDS (UTAGARUTA); JAPANESE CHESS (SHOGI); DICE; JAPANESE DICE GAMES (SUGOROKU); DICE CUPS; CHINESE CHECKERS; CHESS GAMES; CHECKERS, CHECKER SETS; CONJURING APPARATUS, NAMELY, PLAYING CARDS; DOMINOS; PLAYING CARDS; JAPANESE PLAYING CARDS (HANAFUDA); MAHJONG; SPORTS EQUIPMENT, NAMELY, SKATEBOARDS, FLYING DISKS AND BOWLING IMPLEMENTS, NAMELY, BOWLING BALLS AND BOWLING PINS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: TEA; COFFEE AND COCOA; CONFECTIONERY MADE OF SUGAR, BREAD AND BUNS, IN CLASS 30 (U.S. CL. 46).

**Reg. No. 4,634,637** OWNER OF U.S. REG. NOS. 3,055,482 AND 3,087,366.

PRIORITY DATE OF 12-9-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1126166 DATED 6-7-2012, EXPIRES 6-7-2022.

THE COLOR(S) BROWN, BLACK, WHITE, PEACH AND RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A 3 DIMENSIONAL FUR DOLL WITH BROWN FUR, BLACK EYES AND EYELASHES WITH BROWN AND WHITE LINING AT THE BOTTOM, BLACK NOSE, PEACH FACE, HANDS AND FEET AND RED LIPS AND A RED BIB WITH RED AND WHITE LINING ON THE TRIM AND THE WORDING "MONCHHICHI" ON THE BIB OUTLINED IN WHITE.

SER. NO. 79-116,715, FILED 6-7-2012.

MICHELE SWAIN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# Monchhichi

**Reg. No. 5,238,565**

**Registered Jul. 11, 2017**

**Int. Cl.: 9, 16, 18, 25, 28, 30, 41**

**Service Mark**

**Trademark**

**Principal Register**

SEKIGUCHI CO., LTD. (JAPAN CORPORATION)
2-11, Nishi-Shinkoiwa 5-chome
Katsushika-ku Tokyo 124-8552
JAPAN

CLASS 9: Telecommunication machines and apparatus, namely, portable telephone and Smart phones, Telephone sets, voice recorders; electronic machines, apparatus and their parts, namely, computers, optical mouse, digital cameras, digital photo frames, video cameras, camcorders, and headphones; electronic circuits and CD-ROMs recorded with automatic performance programs for electronic musical instruments, namely, programs for hand-held games with liquid crystal display and Effecters for electric or electric musical instruments; pre-recorded videotapes and video disks containing animation and games; downloadable music files; downloadable image files containing artwork, text, audio, video, games and Internet Web links relating to sporting and cultural activities; pre-recorded video discs and video tapes containing artwork, text, audio, video, games and Internet Web links relating to education, sporting and cultural activities

CLASS 16: Pastes and other adhesives for stationery or household purposes; containers of paper, for packaging; table napkins of paper; paper and cardboard; stationery; printed matter, namely, magazines, booklets and pamphlets in the field of education, sporting and cultural activities; paintings and calligraphic works; photographs; photograph stands; bags, namely, plastic shopping bags

CLASS 18: Clothing for domestic pets; bags, namely, vinyl-coated cotton and blended fabric shopping bags, shoulder bags, carry-on bags, trunks, handbags, schoolchildren's backpacks, rucksacks, notecases, mesh shopping bags, canvas shopping bags, textile shopping bags, leather shopping bags, wheeled bags, purses; pouches, namely, Key cases, Money pouches, Wallets, and Business card cases; vanity cases not fitted; umbrellas and their parts; baggage tags

CLASS 25: Clothing, namely, Jackets, Jogging pants, Sweat pants, Skirts, Trousers, Overcoats, Tailcoats, Cardigans, Sweaters, Sport shirts, Polo shirts, Pajamas, Undershirts, Panties, shorts and briefs, Camisoles, Tee-shirts, Sleeping masks, Aprons, Socks and Stockings other than special sportswear, Shawls, Scarves, Gloves and mittens, Neckties, Neckerchiefs, Bandanas, Ear muffs, headbands, wind-jackets, wristbands; garters; sock suspenders; suspenders; waistbands; belts for clothing; footwear other than special footwear for sports; masquerade costumes; special footwear for sports

CLASS 28: Toys for domestic pets, namely, chew toys for pet dogs; toy clocks and watches, Toy brooches, Paper Balloons, Sets of sheet-paper dolls and changing clothes therefor, Coloring Toys, namely, doll and marker set for coloring doll's clothing, Plush toys, Stuffed toys, Rubber balls, Toy beanbag, Hand-held games with liquid crystal displays, Jigsaw puzzles, Kites, Japanese traditional dolls, Kokeshi dolls, European style dolls, namely, molded toy figures and three dimensional positionable figures for play and decoration; stuffed toy animals; dolls; go games; Japanese chess (shogi games); Japanese playing cards (utagaruta); dice; Japanese dice games (sugoroku); dice cups; Chinese checkers as games; chess games; checkers; dominos; playing cards; sports equipment, namely, Inflatable



Joseph Matal
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

swimming floats, playground slides, water slides, Swings, Surf boards, bags especially designed for surfboards

CLASS 30: Tea; coffee and cocoa; confectionery, namely, Rice crackers, Beans-jam filled wafers, Castilia sponge cakes, Candies, Cookies, Crackers, and Biscuits; bread and buns

CLASS 41: Movie showing, entertainment in the nature of live magic shows, presentation of plays; movie film production, or movie film distribution; presentation of live show performances; direction or presentation of plays; presentation of musical performances; production of videotape film in the field of education, culture, entertainment or sports not for movies or television programs and not for advertising or publicity; directing of radio and television programs; production of radio and television programs

The mark consists of the word "Monchhichi" in bubble letters.

OWNER OF INTERNATIONAL REGISTRATION 1291839 DATED 10-27-2015, EXPIRES 10-27-2025

The wording "MONCHHICHI" has no meaning in a foreign language.

SER. NO. 79-184,390, FILED 10-27-2015
MAYUR C VAGHANI, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# Monchhichi

**Reg. No. 5,911,191**
**Registered Nov. 19, 2019**
**Int. Cl.: 3, 12, 14, 43**
**Service Mark**
**Trademark**
**Principal Register**

SEKIGUCHI CO.,LTD. (JAPAN CORPORATION)
Nishi-shinkoiwa 5-chome,
2-11, Katsushika-ku, 124-8552 Tokyo
JAPAN

CLASS 3: Non-medicated soaps, namely, and body soaps, and personal care soaps; cosmetics and non-medicated toiletry preparations

CLASS 12: Automobiles and their parts and fittings, namely, seat covers for automobiles, steering wheel covers for automobiles; bicycles and their parts and fittings, namely, baskets adapted for bicycles, saddle covers for bicycles, bells for bicycles

CLASS 14: Precious metals; keyrings being trinkets or fobs; jewelry cases; precious metal trophies being prize cups; commemorative shields of precious metal personal ornaments, namely, jewelry; shoe ornaments of precious metal, namely, jewelry charms; clocks and watches; bonnet pins not of precious metal; good luck charms for jewelry or amulets; protective charms for jewelry or amulets

CLASS 43: Providing temporary accommodations; accommodation bureau, namely, agency services for the reservation of temporary accommodation; restaurant services, namely, providing of food and beverages for consumption on and off the premises

The mark consists of the word "Monchhichi" in bubble letters.

OWNER OF INTERNATIONAL REGISTRATION 1426812 DATED 10-12-2017, EXPIRES 10-12-2027

SER. NO. 79-250,443, FILED 11-22-2018

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,488,482**

**Registered Sep. 21, 2021**

**Int. Cl.: 3, 9, 12, 14, 16, 18, 25, 28, 30, 41, 43**

**Service Mark**

**Trademark**

**Principal Register**



*Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office*

SEKIGUCHI CO.,LTD. (JAPAN CORPORATION)
Nishi-shinkoiwa 5-chome,
2-11, Katsushika-ku
Tokyo, JAPAN 124-8552

CLASS 3: Non-medicated soaps, namely, and body soaps, and personal care soaps; cosmetics and non-medicated toiletry preparations

CLASS 9: Telecommunication machines and apparatus, namely, portable telephone and Smart phones, Telephone sets, voice recorders; electronic machines, apparatus and their parts, namely, computers, optical mouse, digital cameras, digital photo frames, video cameras, camcorders, and headphones; electronic circuits and CD-ROMs recorded with effecters for electric or electric musical instruments; prerecorded videotapes and video disks containing animation and games; downloadable music files; downloadable image files containing artwork relating to sporting and cultural activities; pre-recorded video discs and video tapes containing artwork, text, audio, video, games and Internet Web links relating to education, sporting and cultural activities

CLASS 12: Automobiles and their structural parts and fittings, namely, fitted seat covers for automobiles, steering wheel covers for automobiles; bicycles and their structural parts and fittings, namely, baskets adapted for bicycles, saddle covers for bicycles, bells for bicycles

CLASS 14: Precious metals; keyrings being trinkets or fobs; jewelry cases; precious metal trophies being prize cups; commemorative shields of precious metal personal ornaments, namely, jewelry; shoe ornaments of precious metal, namely, jewelry charms; clocks and watches; good luck charms for jewelry or amulets; protective charms for jewelry or amulets

CLASS 16: Pastes and other adhesives for stationery or household purposes; containers of paper, for packaging; table napkins of paper; paper and cardboard; stationery; printed matter, namely, magazines, booklets and pamphlets in the field of education in the



nature of physical fitness education, math, sporting and cultural activities; paintings and calligraphic works; photographs; photograph stands; bags, namely, plastic shopping bags

CLASS 18: Clothing for domestic pets; bags, namely, vinyl-coated cotton and blended fabric shopping bags, shoulder bags, carry-on bags, trunks, handbags, schoolchildren's backpacks, rucksacks, briefcases, mesh shopping bags, canvas shopping bags, textile shopping bags, leather shopping bags, wheeled bags, purses; pouches, namely, Key cases, leather money pouches, Wallets, and Business card cases; vanity cases not fitted; umbrellas and their parts; baggage tags

CLASS 25: Clothing, namely, Jackets, Jogging pants, Sweat pants, Skirts, Trousers, Overcoats, Tailcoats, Cardigans, Sweaters, Sport shirts, Polo shirts, Pajamas, Undershirts, Panties, shorts and briefs, Camisoles, Tee-shirts, Sleeping masks, Aprons, Socks and Stockings other than special sportswear, Shawls, Scarves, Gloves and mittens, Neckties, Neckerchiefs, Bandanas, Ear muffs, headbands, wind-jackets, wristbands; garters; sock suspenders; suspenders; waistbands; belts for clothing; footwear other than special footwear for sports; masquerade costumes; special footwear for sports

CLASS 28: Toys for domestic pets, namely, chew toys for pet dogs; toy clocks and watches, Toy brooches, Paper Balloons, Sets of sheet-paper dolls and changing clothes therefor, Coloring Toys, namely, doll and marker sets consisting primarily of dolls and also containing markers for coloring doll's clothing, Plush toys, Stuffed toys, Rubber balls, Toy beanbag, Hand-held games with liquid crystal displays, Jigsaw puzzles, Kites, Japanese traditional dolls, Kokeshi dolls, European style dolls, namely, molded toy figures and three dimensional positionable figures for play and decoration; stuffed toy animals; dolls; go games; Japanese chess (shogi games); Japanese playing cards (utagaruta); dice; Japanese dice games (sugoroku); dice cups; Chinese checkers as games; chess games; checkers; dominos; playing cards; sports equipment, namely, Inflatable swimming floats, playground slides, water slides, Swings, Surf boards, bags especially designed for surfboards

CLASS 30: Tea; coffee and cocoa; confectionery, namely, beans-jam filled wafers, Castilia sponge cakes, Candies, Cookies, Crackers, and Biscuits; bread and buns

CLASS 41: Movie showing, entertainment in the nature of live magic shows, presentation of plays; movie film production, or movie film distribution; presentation of live show performances; direction or presentation of plays; presentation of musical performances; production of videotape film in the field of education, culture, entertainment or sports not for movies or television programs and not for advertising or publicity; directing of radio and television programs; production of radio and television programs

CLASS 43: Providing temporary accommodations; accommodation bureau, namely, agency services for the reservation of temporary accommodation; restaurant services, namely, providing of food and beverages for consumption on and off the premises

The mark consists of a stylized depiction of a boy's head with a lot of hair and freckles.

OWNER OF INTERNATIONAL REGISTRATION 1415782 DATED 10-12-2017, EXPIRES 10-12-2027

SER. NO. 79-276,377, FILED 11-26-2019